JOHN WINDSOR, Appellant, v. DOROTHY WINDSOR, Respondent.— Appeal from an order denying appellant's motion to punish respondent for contempt for refusing to return to him two of their children, whose custody had been awarded to appellant by a judgment of divorce, granting reargument and, on reargument, adhering to the original determination. Respondent had obtained custody of the children, about a year and a half after the divorce, under an agreement of the parties. Order affirmed, without costs. No opinion. Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

DOROTHY WINDSOR, Respondent, v. JOHN D. WINDSOR, Appellant.— Respondent, appellant's former wife, obtained an order of the Domestic Relations Court of the City of New York, Family Court Division, County of Queens, directing appellant to pay $20 a week for the support of their two minor children, who are in respondent's custody by agreement of the parties. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

## (December 21, 1955)

In the Matter of the Application of JOSEPH ROCKHILL GRAY for Admission to Practice as an Attorney. (From the State of Ohio.) — Application granted. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

## (December 29, 1955)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE NOTTAGE, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument or, in the alternative, to amend the remittitur by adding a statement to the effect that consideration was given to whether appellant's rights under the Fourteenth Amendment of the Constitution of the United States had been violated. Motion denied. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ. [See 286 App. Div. 1023.]

SEA SIDE DEVELOPMENT, INC., Respondent, v. THOMAS DOWNEY et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

FRANK L. BARTH, Respondent, v. WILLIAM WICKHAM, Appellant.— In an action to recover $6,500 from an escrow agent, the jury rendered a verdict for that amount in favor of respondent. An order was made granting respondent's motion to add interest from March 2, 1950. The appeal is from the judgment entered on said verdict and order, from that order and from an order denying a motion to set aside the verdict. The notice of appeal also brings up for review an order denying a motion to dismiss the complaint pursuant to rule 106 of the Rules of Civil Practice. Judgment and orders unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See post, p. 825.]